IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 SEP 24 AM 9:54
US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:15-MJ-351

Information associated with the Snapchat :
username **codi.walsh** that is stored at
premises controlled by Snapchat Inc. :

---

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

9-24-15
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE